1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA M. MONTANO
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:    (415) 977-8985
        Facsimile:    (415) 744-0134
7       E-Mail: Donna.M.Montano@ssa.gov

8  Attorneys for Defendant

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12  **JERRY HERRON,**               )   Case No. CIV-07-0465 CMK
                                    )
13                                  )
                                    )
14                                  )   **STIPULATION AND ORDER**
          **Plaintiff,**            )   **EXTENDING PLAINTIFF'S TIME TO**
15                                  )   **FILE MEMORANDUM IN SUPPORT**
    v.                              )   **OF SUMMARY JUDGMENT**
16                                  )
    **MICHAEL J. ASTRUE**           )
17  **Commissioner of Social Security** )
    **of the United States of America,** )
18                                  )
          **Defendant.**            )
19                                  )
    _____)
20

21       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

22  permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

23  this case is hereby extended from January 11 2008 to February 11, 2008.  This extension and is required

24  due to defendant's counsel's heavy briefing schedule.  Additionally, defendant's counsel will be away

25  from the office on business-related travel for part of January 2008.

26

27

28  / / / /

                                        1

| | |
|---|---|
| Dated: January 4, 2008 | McGregor W. Scott |
| | United States Attorney |
| | /s/ Donna Montano |
| | DONNA MONTANO |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | |
| | Attorney for Defendant |
| | |
| Dated: January 4, 2008 | */s/Bess M. Brewer*\* |
| | *\*via prior email approval* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  January 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2