McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M. MONTANO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:   (415) 977-8985
    Facsimile:   (415) 744-0134
    E-Mail: Donna.M.Montano@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY HERRON,** | Case No. CIV-07-0465 CMK |
| **Plaintiff,** | AMENDED[1] STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the DEFENDANT'S time to file the summary judgment in this case is hereby extended from January 11 2008 to February 11, 2008.  This extension is required due to defendant's counsel's heavy briefing schedule. Additionally, Defendant's counsel will be away from the office on business-related travel for part of January 2008.

---

[1]     The stipulation e-filed by Defendant Court on 1/4/08, and approved by Judge Kelllison on 1/7/08, contained a clerical error in that the it stated that **Plaintiff** sought the 30-day extension. However, it is **Defendant** that seeks this extension.  Thus, this amended stipulation is being filed.

1

| | |
|---|---|
| Dated: January 10, 2008 | McGregor W. Scott<br>United States Attorney<br><br>/s/ Donna Montano<br>DONNA MONTANO<br>Special Assistant U.S. Attorney<br>Social Security Administration<br><br>Attorney for Defendant |
| Dated: January 10, 2008 | */s/Bess M. Brewer*<br>**via prior email approval*<br>BESS M. BREWER<br>Attorney at Law<br><br>Attorney for Plaintiff |

**ORDER**

1. The January 8, 2008, stipulation and order (Doc. 25) is vacated as having been issued in error;

2. This stipulation and order is granted; and

3. Defendant may file his motion for summary judgment by February 11, 2008.

IT IS SO ORDERED.

DATED: January 11, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2