**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JERRY J. HERRON,  No. CIV S-07-0465-CMK

    Plaintiff,

  vs.  ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

        Plaintiff, who is proceeding with retained counsel, has filed an action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On April 29, 2008, this court issued a final judgment granting defendant's cross-motion for summary judgment and closing this case. Plaintiff timely appealed and, on May 29, 2009, the Ninth Circuit Court of Appeals issued an order granting the parties' joint motion for remand. The Ninth Circuit vacated the April 29, 2008, judgment and directed this court to "reverse the Commissioner's final decision and remand this matter to the Commissioner with instructions to direct the Appeals Council to consider the entire record pertaining to both of the claimant's applications and, if there are no deficiencies requiring a remand to an Administrative Law Judge,

the Appeals Council shall issue a new decision."

Pursuant to the Ninth Circuit's order, the Commissioner's final decision is reversed and this matter is remanded under 42 U.S.C. § 405(g).  This action remains closed.

IT IS SO ORDERED.

DATED: June 8, 2009

　　　　　　　　　　　　　　　　　　　　 /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE